1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

BARBARA J. BEST,

           Plaintiff,

vs.

COMMERCE BANK, *et al.*,

           Defendants.

2:14-cv-02054-JCM-VCF

**<u>ORDER</u>**

Before the court is *Barbara J. Best v. Commerce Bank, et al.*, case number 2:14-cv-02054-JCM-VCF.  On March 24, 2015, Defendant Commerce Bank filed its Answer to the Complaint. (#9).  Defendant Experian Information Solutions, Inc. filed its Answer to the Complaint on April 7, 2015.  (#13).  To date, a discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:30 p.m., June 2, 2015, in courtroom 3D.  The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 12th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE